IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION |
| v. | : | |
| | : | NO. 08-0746 |
| IRWIN CRUTCHFIELD | : | |

**ORDER**

AND NOW, this  29th  day of June, 2009, upon consideration of Defendant Irwin Crutchfield's Motion to Suppress Physical Evidence (Doc. No. 8), and after a hearing in open court, it is ORDERED that the Motion is DENIED.

IT IS SO ORDERED.

BY THE COURT:

_____
R. Barclay Surrick, J.